### JACK MINTON v. STATE.

No. A-8763. Oct. 12, 1934.
(36 Pac. [2d] 954.)

J. W. Burrow, for plaintiff in error.

J. Berry King, Atty. Gen., and Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. Plaintiff in error, hereinafter called defendant, was convicted of being intoxicated in a public place and was sentenced to pay a fine of $10 and costs.

The case was tried without a jury.

The record was filed in this court July 5, 1934. No briefs in support of the appeal have been filed.

The record discloses no fundamental error. The evidence fully supports the verdict.

The case is affirmed.